*Mary H. Lesser*, assistant state's attorney, in opposition.

Decided May 2, 1996

STATE OF CONNECTICUT *v.* RICHARD POUNCEY

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 624 (AC 12128), is granted, limited to the following issue:

"In the circumstances of this case, should the Appellate Court have exercised its supervisory power to order a new trial because of prosecutorial misconduct in the prosecutor's closing argument?"

The Supreme Court docket number is SC 15412.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Carolyn Longstreth*, assistant state's attorney, in opposition.

Decided May 2, 1996